1   **ROBOOSTOFF & KALKIN**
    Constantin V. Roboostoff (SBN 69328)
2   cvr1@earthlink.net
    369 Pine Street, Suite 610
3   San Francisco, CA 94104
    Telephone (415) 732-0282
4   Facsimile (415) 732-0287

5   Attorneys for plaintiff Jowena Tabayoyong

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  JOWENA TABAYOYONG,              )    Case No. C 09-00920 ~~JCS~~  JSW
                                    )
12              Plaintiff,          )
                                    )    **STIPULATION AND [~~PROPOSED~~]**
13       v.                         )    **ORDER SELECTING ADR**
                                    )    **PROCESS**
14  THE PMI GROUP, INC. LONG TERM   )
    DISABILITY PLAN, THE PRUDENTIAL )
15  INSURANCE COMPANY OF            )
    AMERICA                         )
16                                  )
                Defendants.         )
17  _____)

18          Counsel report that they have met and conferred regarding ADR and have reached the

    following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
19
            The parties agree to participate in the following ADR process:
20
            **Court Processes:**
21
            Court-Sponsored Mediation (ADR L.R. 6)
22
    //
23
    //
24
    //
25

26
    _____
27  Stipulation to Assign Matter to Mediation
    Case No. C 09-00920 JSW
28                                        1

1    The parties agree to hold the ADR session within 120 days from the date of the order

2    referring the case to Mediation unless otherwise ordered.

3

4    Dated: May 27, 2009                          GORDON & REES LLP

5

6
                                                 By: /s/
7    _____              _____
                                                 Tad A. Devlin
8                                                Attorneys for The Prudential Insurance
                                                 Company of America
9
     Dated: May 27, 2009                          ROBOOSTOFF & KALKIN
10

11
                                                 By: /s/
12                                               _____
                                                 Constantin V. Roboostoff
13                                               Attorneys for Jowena Tabayoyong

14
         **[PROPOSED]** ORDER
15
         Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation.
16
         Deadline for ADR session will be ___120___ days from the date of this order.
17

18   IT IS SO ORDERED.

19

20   Dated: _____   June 1, 2009

21                                               UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26   _____
     Stipulation to Assign Matter to Mediation
27   Case No. C 09-00920 JSW

28                                    2