Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWENA TABAYOYONG,<br><br>    Plaintiff,<br>vs.<br><br>THE PMI GROUP, INC. LONG TERM DISABILITY PLAN, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | CASE NO. C09-0920 (JCS)<br><br>[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION |

Good cause appearing and pursuant to the terms of the Stipulation, the parties shall have until October 16, 2009 to complete mediation.

IT IS SO ORDERED.

DATED: September 3, 2009

_____
Judge of the United States District Court

PRU/1056533/7000483v.1

-1-

[PROPOSED] ORDER ON STIPULATION
TO EXTEND TIME TO COMPLETE MEDIATION

CASE NO. C09-0920 (JCS)