UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWENA TABAYOYONG,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PMI GROUP, INC. LONG TERM DISABILITY PLAN, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | CASE NO. C09-0920 (JCS) JSW<br><br>[PROPOSED] ORDER ALLOWING DEFENDANTS' REPRESENTATIVE TO APPEAR TELEPHONICALLY AT MEDIATION |

Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") and THE PMI GROUP, INC. LONG TERM DISABILITY PLAN (the "Plan") (collectively "Defendants"), requested permission from this Court for Defendants' representative, Leonard Giusti, to appear by phone at the mediation currently scheduled for *October 14, 2009* with court appointed mediator Robert F. Schwartz of Trucker Huss. Plaintiff's counsel and Mr. Schwartz do not oppose Defendants' telephonic appearance at mediation.

The Court having considered Defendants' amended request for telephonic appearance at mediation and Good Cause being shown in Defendants' amended request for telephonic appearance (Document 21), it is ordered as follows:

Case3:09-cv-00920-JSW Document22 Filed09/09/09 Page2 of 2

Defendants' representative will be permitted to appear telephonically at mediation in this case.

IT IS SO ORDERED.

DATED: September 14, 2009

By /s/ Wayne D. Brazil
The Honorable ~~Joseph C. Spero~~ Wayne D. Brazil
Magistrate Judge of the U.S. District Court
for the Northern District of California