1  TAD A. DEVLIN (SBN 190355)
   ELIZABETH B. VANALEK (SBN 206709)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendants
   THE PMI GROUP, INC. LONG
6  TERM DISABILITY PLAN and
   THE PRUDENTIAL INSURANCE
7  COMPANY OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  JOWENA TABAYOYONG,              )   CASE NO. C09-0920 (JSW)
                                    )
12                 Plaintiff,       )   **JOINT STIPULATION REQUESTING**
       vs.                          )   **MODIFICATION TO THE PARTIES'**
13                                  )   **BRIEFING SCHEDULE RE: MOTION**
    THE PMI GROUP, INC. LONG TERM   )   **FOR SUMMARY JUDGMENT, AND**
14  DISABILITY PLAN, THE PRUDENTIAL )   [PROPOSED] **ORDER**
    INSURANCE COMPANY OF AMERICA,   )
15                                  )
                   Defendants,      )
16                                  )

17

18  **TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

19       PLEASE TAKE NOTICE that counsel for Defendants The Prudential Insurance

20  Company of America and PMI Group, Inc. Long Term Disability Plan (collectively referred to as

21  "Defendants") and counsel for Plaintiff Jowena Tabayoyong (collectively "Plaintiff") met and

22  conferred regarding the summary judgment briefing schedule in this matter. The Parties stipulate

23  and propose to vacate the current briefing schedule (set forth in the Court's June 15, 2009 Civil

24  Minute Order). The Parties stipulate and propose the following briefing schedule:

25       1.    One party shall file an opening summary judgment motion by December 30, 2009;

26       2.    The other party shall file its opposition and cross-motion by January 15, 2010;

27       3.    The reply and opposition to the cross-motion is due by February 3, 2010;

28       4.    The reply in support of the cross-motion is due by February 17, 2010; and

-1-
JOINT STIPULATION RE: BRIEFING SCHEDULE                    CASE NO. C09-0920 (JSW)
AND [PROPOSED] ORDER

5.  Hearing on disposition motions shall be set for March 12, 2010 at 9:00 a.m., or when convenient for this Court.

Good cause exists for this Court to grant the parties' stipulation and request to modify the remaining briefing schedule and hearing dates because the parties mediated the case and continue to discuss resolution. The parties are close to resolving the matter and would seek to continue such discussions and would use the additional time requested by this stipulation to facilitate such discussions. In addition, the holidays and parties' availability during this time presently impact the current briefing and hearing schedule.

Alternatively, the Parties stipulate and propose the following briefing schedule, which, if approved by the Court, will not impact any dates currently set in this case:

1.  One party shall file an opening summary judgment motion by December 14, 2009;
2.  The other party shall file its opposition and cross-motion by December 28, 2009;
3.  The reply and opposition to the cross-motion is due by January 18, 2010;
4.  The reply in support of the cross-motion is due by February 1, 2010; and
5.  Hearing on disposition motions shall remain set for February 12, 2010 at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED: November 24, 2009          GORDON & REES LLP


                                  /s/ Tad A. Devlin
                              By_____
                                  Tad A. Devlin
                                  Attorneys for Defendants
                                  THE PRUDENTIAL INSURANCE COMPANY
                                  OF AMERICA and THE PMI GROUP, INC.
                                  LONG TERM DISABILITY PLAN


DATED: November 24, 2009          ROBOOSTOFF & KALKIN


                                  /s/ Constantin Roboostoff
                              By_____
                                  Constantin Roboostoff
                                  Attorneys for Plaintiff
                                  JOWENA TABAYOYONG

## [PROPOSED] ORDER

The court considered the Parties' Stipulation and good cause appearing, hereby vacates the June 15, 2009 summary judgment briefing schedule and approves the Parties' alternative schedule as follows:

1. One party shall file an opening summary judgment motion by December 30, 2009;
2. The other party shall file its opposition and cross-motion by January 15, 2010;
3. The reply and opposition to the cross-motion is due by February 3, 2010;
4. The reply in support of the cross-motion is due by February 17, 2010; and
5. Hearing on disposition motions shall remain set for March 12, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: November 30, 2009

_____
Honorable Jeffrey S. White
Judge of the United States District Court
Northern District of California

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1056533/7276915v.1