TAD A. DEVLIN (SBN 190355)
ELIZABETH B. VANALEK (SBN 206709)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE PMI GROUP, INC. LONG
TERM DISABILITY PLAN and
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWENA TABAYOYONG, | CASE NO. C09-0920 (JSW) |
| Plaintiff, | **JOINT STIPULATION REQUESTING FURTHER MODIFICATION TO THE PARTIES' BRIEFING SCHEDULE RE: MOTION FOR SUMMARY JUDGMENT, AND [PROPOSED] ORDER** |
| vs. | |
| THE PMI GROUP, INC. LONG TERM DISABILITY PLAN, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendants, | |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that counsel for Defendants The Prudential Insurance Company of America and PMI Group, Inc. Long Term Disability Plan (collectively referred to as "Defendants") and counsel for Plaintiff Jowena Tabayoyong (collectively "Plaintiff") met and conferred regarding the summary judgment briefing schedule in this matter. The Parties stipulate and propose to vacate the current briefing schedule (set forth in the Court's November 30, 2009 Order). The Parties stipulate and propose the following briefing schedule:

1. One party shall file an opening summary judgment motion by January 11, 2010;
2. The other party shall file its opposition and cross-motion by January 29, 2010;
3. The reply and opposition to the cross-motion is due by February 17, 2010;

-1-
JOINT STIPULATION RE: BRIEFING SCHEDULE          CASE NO. C09-0920 (JSW)
AND [PROPOSED] ORDER

1   4.   The reply in support of the cross-motion is due by March 3, 2010; and

2   5.   Hearing on disposition motions shall remain set for March 12, 2010 at 9:00 a.m.

Good cause exists for this Court to grant the parties' stipulation and request to further modify the remaining briefing schedule. The parties mediated the case and have continued and are continuing to discuss resolution. The parties have reached settlement in principal and are in the process of working out the final terms of settlement agreement and release for dismissal of this action. In addition, because of the end of the calendar year, the holiday period, and plaintiff's lack of complete availability to review and respond to settlement communications and final terms of a settlement agreement, the parties have been unable to formalize resolution.

**IT IS SO STIPULATED.**

DATED: December 22, 2009            GORDON & REES LLP

                                    */s/ Tad A. Devlin*
                                    By_____
                                    Tad A. Devlin
                                    Attorneys for Defendants
                                    THE PRUDENTIAL INSURANCE COMPANY
                                    OF AMERICA and THE PMI GROUP, INC.
                                    LONG TERM DISABILITY PLAN


DATED: December 22, 2009            ROBOOSTOFF & KALKIN

                                    */s/ Constantin Roboostoff*
                                    By_____
                                    Constantin Roboostoff
                                    Attorneys for Plaintiff
                                    JOWENA TABAYOYONG

## [PROPOSED] ORDER

The court considered the Parties' Stipulation and good cause appearing, hereby vacates the November 30, 2009 summary judgment briefing schedule and approves the Parties' alternative schedule as follows:

1. One party shall file an opening summary judgment motion by January 11, 2010;
2. The other party shall file its opposition and cross-motion by January 29, 2010;
3. The reply and opposition to the cross-motion is due by February 17, 2010;
4. The reply in support of the cross-motion is due by March 3, 2010; and
5. Hearing on disposition motions ~~shall remain set for March 12~~ is CONTINUED to March 26, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 23, 2009

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
Judge of the United States District Court
Northern District of California