1  TAD A. DEVLIN (SBN 190355)
   ELIZABETH B. VANALEK (SBN 206709)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   THE PMI GROUP, INC. LONG
6  TERM DISABILITY PLAN and
   THE PRUDENTIAL INSURANCE
7  COMPANY OF AMERICA

8

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWENA TABAYOYONG, | CASE NO. C09-0920 (JSW) |
| Plaintiff, | **JOINT STIPULATION REQUESTING FURTHER MODIFICATION TO THE PARTIES' BRIEFING SCHEDULE RE: MOTION FOR SUMMARY JUDGMENT, AND** [PROPOSED] **ORDER** |
| vs. | |
| THE PMI GROUP, INC. LONG TERM DISABILITY PLAN, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendants, | |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that counsel for Defendants The Prudential Insurance Company of America and PMI Group, Inc. Long Term Disability Plan (collectively referred to as "Defendants") and counsel for Plaintiff Jowena Tabayoyong (collectively "Plaintiff") met and conferred regarding the summary judgment briefing schedule in this matter. The Parties stipulate and propose to vacate the current briefing schedule (set forth in the Court's December 23, 2009 Order). The Parties stipulate and propose the following briefing schedule:

1. One party shall file an opening summary judgment motion by January 26, 2010;
2. The other party shall file its opposition and cross-motion by February 16, 2010;
3. The reply and opposition to the cross-motion is due by March 5, 2010;

-1-

JOINT STIPULATION RE: BRIEFING SCHEDULE          CASE NO. C09-0920 (JSW)
AND [PROPOSED] ORDER

4. The reply in support of the cross-motion is due by March 19, 2010; and

5. Hearing on disposition motions shall remain set for March 26, 2010 at 9:00 a.m.

Good cause exists for this Court to grant the parties' stipulation and request to further modify the remaining briefing schedule. The parties mediated the case and have continue d and are continuing to discuss resolution. The parties have reached settlement in principal and are in the process of working out the final terms of settlement agreement and release for dismissal of this action. At present, Plaintiff's counsel is awaiting execution of the settlement agreement from his client.

**IT IS SO STIPULATED.**

DATED: January 11, 2010                    GORDON & REES LLP

                                           */s/ Tad A. Devlin*
                                           By_____
                                           Tad A. Devlin
                                           Attorneys for Defendants
                                           THE PRUDENTIAL INSURANCE COMPANY
                                           OF AMERICA and THE PMI GROUP, INC.
                                           LONG TERM DISABILITY PLAN


DATED: January 11, 2010                    ROBOOSTOFF & KALKIN

                                           */s/ Constantin Roboostoff*
                                           By_____
                                           Constantin Roboostoff
                                           Attorneys for Plaintiff
                                           JOWENA TABAYOYONG

-2-

JOINT STIPULATION RE: BRIEFING SCHEDULE                    CASE NO. C09-0920 (JSW)
AND [PROPOSED] ORDER

### [~~PROPOSED~~] ORDER

The court considered the Parties' Stipulation and good cause appearing, hereby vacates the December 23, 2009 summary judgment briefing schedule and approves the Parties' alternative schedule as follows:

1. One party shall file an opening summary judgment motion by January 26, 2010;
2. The other party shall file its opposition and cross-motion by February 16, 2010;
3. The reply and opposition to the cross-motion is due by March 5, 2010;
4. The reply in support of the cross-motion is due by March 19, 2010; and
5. Hearing on disposition motions shall ~~remain set for March 26, 2010 at 9:00 a.m.~~ be CONTINUED to April 9, 2010 at 9:00a.m.

**IT IS SO ORDERED.**

Dated: January 11, 2010

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
Judge of the United States District Court
Northern District of California

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1056533/7406649v.1

-3-
JOINT STIPULATION RE: BRIEFING SCHEDULE
AND [~~PROPOSED~~] ORDER                    CASE NO. C09-0920 (JSW)