TAD A. DEVLIN (SBN 190355)
ELIZABETH B. VANALEK (SBN 206709)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE PMI GROUP, INC. LONG
TERM DISABILITY PLAN and
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWENA TABAYOYONG,<br><br>            Plaintiff,<br>vs.<br><br>THE PMI GROUP, INC. LONG TERM DISABILITY PLAN, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendants. | CASE NO. C09-0920 (JSW)<br><br>**JOINT STIPULATION REQUESTING FURTHER MODIFICATION TO THE PARTIES' BRIEFING SCHEDULE RE: MOTION FOR SUMMARY JUDGMENT, AND [PROPOSED] ORDER** |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that counsel for Defendants The Prudential Insurance Company of America and PMI Group, Inc. Long Term Disability Plan (collectively referred to as "Defendants") and counsel for Plaintiff Jowena Tabayoyong (collectively "Plaintiff") met and conferred regarding the summary judgment briefing schedule in this matter. The Parties stipulate and propose to vacate the current briefing schedule (set forth in the Court's January 11, 2010 Order). The Parties stipulate and propose the following briefing schedule:

    1.    One party shall file an opening summary judgment motion by February 9, 2010;

    2.    The other party shall file its opposition and cross-motion by March 2, 2010;

    3.    The reply and opposition to the cross-motion is due by March 19, 2010;

-1-

JOINT STIPULATION RE: BRIEFING SCHEDULE                    CASE NO. C09-0920 (JSW)
AND [PROPOSED] ORDER

4. The reply in support of the cross-motion is due by April 5, 2010; and

5. Hearing on disposition motions shall be continued to April 16, 2010 at 9:00 a.m.

Good cause exists for this Court to grant the parties' stipulation and request to further modify the remaining briefing schedule. The parties mediated the case and have continued and are in the process of finalizing resolution to this matter. The parties have reached settlement in principal and have agreed to the final terms of settlement agreement and release for dismissal of this action. Given the effort presented in reaching the final terms of the settlement agreement and release, the parties are presently awaiting Plaintiff's notarized execution of the settlement agreement.

**IT IS SO STIPULATED.**

DATED: January 25, 2010                    GORDON & REES LLP


                                           /s/ Tad A. Devlin
                                        By_____
                                           Tad A. Devlin
                                           Attorneys for Defendants
                                           THE PRUDENTIAL INSURANCE COMPANY
                                           OF AMERICA and THE PMI GROUP, INC.
                                           LONG TERM DISABILITY PLAN


DATED: January 25, 2010                    ROBOOSTOFF & KALKIN


                                           /s/ Constantin Roboostoff
                                        By_____
                                           Constantin Roboostoff
                                           Attorneys for Plaintiff
                                           JOWENA TABAYOYONG

-2-

JOINT STIPULATION RE: BRIEFING SCHEDULE                    CASE NO. C09-0920 (JSW)
AND [PROPOSED] ORDER

## [PROPOSED] ORDER

The court considered the Parties' Stipulation and good cause appearing, hereby vacates the January 11, 2010 summary judgment briefing schedule and approves the Parties' alternative schedule as follows:

1. One party shall file an opening summary judgment motion by February 9, 2010;
2. The other party shall file its opposition and cross-motion by March 2, 2010;
3. The reply and opposition to the cross-motion is due by March 19, 2010;
4. The reply in support of the cross-motion is due by April 5, 2010; and
5. Hearing on disposition motions shall be continued to April ~~16~~ 23, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 25, 2010

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
Judge of the United States District Court
Northern District of California