TAD A. DEVLIN (SBN 190355)
ELIZABETH B. VANALEK (SBN 206709)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE PMI GROUP, INC. LONG TERM DISABILITY PLAN and
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWENA TABAYOYONG,<br><br>    Plaintiff,<br>vs.<br><br>THE PMI GROUP, INC. LONG TERM DISABILITY PLAN, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | CASE NO. C09-0920 (JSW)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR FURTHER CONFERENCE** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

  Defendants The Prudential Insurance Company of America and PMI Group, Inc. Long Term Disability Plan (collectively referred to as "Defendants") and Plaintiff Jowena Tabayoyong ("Plaintiff") (Defendants and Plaintiff are collectively referred to hereinafter as the "Parties") hereby give notice to this Court that they have agreed to settle all claims in this action in their entirety. The Settlement Agreement has already been executed by one of the Parties. The Parties are awaiting one additional signature to the Settlement Agreement and funding only and anticipate that the Settlement Agreement will be finalized shortly.

-1-

JOINT NOTICE OF SETTLEMENT AND
REQUEST FOR FURTHER CONFERENCE                   CASE NO. C09-0920 (JSW)

The Parties have no objection to the Court's vacating the motion for summary judgment schedule and setting a further status conference re: settlement status, 30 days out, as convenient with the Court. In the meantime, the parties will advise the Court of the status of settlement. Respectfully submitted.

DATED: February 9, 2010

GORDON & REES LLP

By /s/ Tad A. Devlin
Tad A. Devlin
Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and THE PMI GROUP, INC.
LONG TERM DISABILITY PLAN

DATED: February 9, 2010

ROBOOSTOFF & KALKIN

By /s/ Constantin Roboostoff
Constantin Roboostoff
Attorneys for Plaintiff
JOWENA TABAYOYONG

Pursuant to the parties' stipulation, the Court HEREBY VACATES the hearing and the briefing schedule regarding motions for summary judgment and SCHEDULES a further case management conference to be held on April 9, 2010 at 1:30 p.m.

Dated: February 10, 2010

IT IS SO ORDERED
Judge Jeffrey S. White