**ROBOOSTOFF & KALKIN**
Constantin V. Roboostoff (SBN 69328)
cvr1@earthlink.net
369 Pine Street, Suite 610
San Francisco, CA 94104
Telephone (415) 732-0282
Facsimile (415) 732-0287

Attorneys for plaintiff Jowena Tabayoyong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWENA TABAYOYONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PMI GROUP, INC. LONG TERM DISABILITY PLAN, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>　　　　Defendants. | Case No.  C 09-00920 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P.41(1)** |

　　　　IT IS HEREBY STIPULATED by and between all parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party to bear its own fees and costs.

//

//

//

//

Stipulation Of Dismissal
Case No. C 09-00920 JSW

1 | The parties seek the Court's approval of dismissal of this action with prejudice, through
2 | the order listed *infra*.

3 | ROBOOSTOFF & KALKIN

5 | Dated: February 23, 2010      By: /s/
6 | Constantin V. Roboostoff
    Attorneys for Plaintiff

7 | GORDON & REES LLP

9 | Dated: February 23, 2010     By: /s/
10 | Tad Devlin
    Attorneys for Defendants

12 | **IT IS SO ORDERED.**

14 | Dated:   March 1, 2010

_____
The Honorable Jeffrey S. White
United States District Judge

Stipulation Of Dismissal
Case No. C 09-00920 JSW